Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SECURITIES AND
EXCHANGE COMMISSION

vs

MICHAEL F. CROWLEY, JR.

FILED

08 JUL 31 PM 2:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL ACTION

Case No.   BY:            DEPUTY
'08 CV 1388 J  RBB

TO: (Name and Address of Defendant)

Michael F. Crowley, Jr.
7450 Sundial Place
Carlsbad, CA 92008

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

William G. Berry
U.S. Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 31 2008

W. Samuel Hamrick, Jr.
CLERK                                    DATE

By  LOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

