1  JOHN M. MCCOY III, Cal. Bar No. 166244
   E-mail: mccoyj@sec.gov
2  FINOLA H. MANVELIAN, Cal. Bar No. 180681
   Email: manvelianf@sec.gov
3  JESSICA R. PUATHASNANON, Cal. Bar No. 208074
   E-mail: puathasnanonj@sec.gov
4  WILLIAM G. BERRY, Cal. Bar No. 206348
   E-mail: berryw@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Andrew G. Petillon, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

FILED
08 JUL 31 PM 2:33
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL F. CROWLEY, JR.,<br><br>　　　　Defendant. | Case No. 08 CV 1388 J RBB<br><br>**NOTICE OF INTERESTED PARTIES** |

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES:

2      PLEASE TAKE NOTICE that the undersigned, counsel of record for

3  Plaintiff Securities and Exchange Commission, certifies that the following listed

4  party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.

| Party | Connection |
|---|---|
| Michael F. Crowley, Jr. | Defendant |

9  These representations are made to enable the Court to evaluate possible

10 disqualification or recusal.

12 DATED: July 31, 2008             Respectfully submitted,

                                                 WILLIAM G. BERRY
                                                 Attorneys for Plaintiff
                                                 Securities and Exchange Commission